UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:11-CV-30223
_____

DEBRA BAGGETT AND APRIL MARLBOROUGH,
ON BEHALF OF THEMSELVES AND OTHER SIMILARLY SITUATED
PLAINTIFFS
V.
MICHAEL J. ASHE, JR. AND PATRICIA MURPHY,
IN THEIR INDIVIDUAL CAPACITIES
DEFENDANTS
_____

**NOTICE OF MANUALLY FILING EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY**

The defendants, Michael J. Ashe, Jr. and Patricia Murphy, pursuant to the  Local Rules of the District Court of Massachusetts herby give notice of manually filing their Exhibits to their motion for summary judgment by hand delivery on February 21, 2014 due to the volume of documents being bound.  A copy of said documents will be served, via FedEx, on all counsel of record.  All other materials relating to Defendants' Motion for Summary Judgment will be electronically filed on February 21, 2014.

Respectfully submitted,

THE DEFENDANTS,
By Their Attorneys

/s/ Thomas E. Day_____
Thomas E. Day, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102-9035
(413) 737-0260; Fax: (413) 737-0121
BBO# 655409
ted@efclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 21, 2014.

/s/ Thomas E. Day_____